IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK DESAN : CIVIL ACTION
:
v. :
:
RAYMOND M. LAWLER, et al. : No. 09-3648

## O R D E R

AND NOW, this 24th day of May, 2011, upon consideration of the Petition for Writ of Habeas Corpus, the response thereto, and petitioner's reply, it is hereby **ORDERED** that for the reasons set forth above, the Petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:


/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., Sr. J.